FILED
 2011 Nov-30 PM 12:29
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ] | |
| ] | |
| vs.                            ] | 2:03-cr-0397-RBP-RRA |
| ] | |
| DEMETRIUS LEE,                 ] | |
| ] | |
| Defendant.          ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the defendant's Motion to Reconsider the denial of his Motion for Clarification of Judgment and Sentence, Court Document 37, be DENIED. The magistrate judge ordered that any objections to the report and recommendation be filed within fifteen (15) days of the date of its filing, which was October 14, 2011. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The Motion to Reconsider the denial of the Motion for Clarification of Judgment and Sentence is due to be DENIED. An appropriate order will be entered.

Done this 30th day of November, 2011.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**